case 3:13-cv-00162-PPS-CAN   document 15   filed 08/12/13   page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| MALIBU MEDIA, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 3:13-cv-162-PPS-CAN |
| ALAN COWHAM, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

On August 5, 2013, Plaintiff filed its Second Motion for Extension of Time Within Which It Had to Effectuate Service on Defendant. Plaintiff's motion, however, was unaccompanied by a form of order required under the Local Rules of the Northern District of Indiana. *See* N.D. Ind. L.R. 5-4(c) ("Parties filing a paper that requires the judge or clerk to enter a routine or uncontested order must include a suitable form of order.").

Because Plaintiff has failed to comply with local rules, Plaintiff's motion is **DENIED WITHOUT PREJUDICE** [Doc. No. 14]. Plaintiff may refile its motion electronically along with an appropriate form of order via e-mail directly to the undersigned's chambers e-mail address.

**SO ORDERED.**

Dated this 12th day of August, 2013.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge